UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS FISHER                                              JURY TRIAL DEMANDED

v.                                                         CASE NO.  3:05CV 418 CFD

COLUMBIA CREDIT SERVICES INC.

NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

This is to certify that a copy of the foregoing was mailed on April 25, 2005, postage prepaid, to:

M. Drew, Chief Legal Officer
Columbia Credit Services, Inc.
1731 Howe Ave PMB 360
Sacramento CA 95285

_____/s/ Joanne S. Faulkner ____
Joanne S. Faulkner Esq.